**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7053**

———————

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER SNIDER; LIEUTENANT
BOYERS,

Defendants - Appellees.

———————

**No. 96-7096**

———————

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

JACK LEE, AWO,

Defendant - Appellee.

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER WAGNER; LIEUTENANT LYLES;
L. M. SAUNDERS,

Defendants - Appellees.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-96-222-R, CA-96-255-R, CA-96-378-R)

Submitted:  August 28, 1997      Decided:  September 9, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fredrick Lynwood Foley, Appellant Pro Se.  Lance Bradford Leggitt, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Foley v. Snider</u>, No. CA-96-222-R (W.D. Va. June 25, 1996); <u>Foley v. Lee</u>, No. CA-96-255-R (W.D. Va. July 1, 1996); <u>Foley v. Wagner</u>, No. CA-96-378-R (W.D. Va. July 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>